UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-02212-AFM                                                            Date:  July 1, 2022

Title     Antonio Fernandez v. ABA Enterprises, LLC,

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

|  Ilene Bernal  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

    Defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  FED. R. CIV. P. 12(a).  In the present case, it appears that this time period has not been met.  Accordingly, the Court, on its own motion, orders plaintiff to show cause *in writing* on or before **July 10, 2022,** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78(b) of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted on that date.

    Filing of the following on or before the date indicated above will constitute a satisfactory response to the Order to Show Cause:

☒    An appearance by all defendants who have been served or an application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure **as to ABA Enterprises, LLC.**

    Further, review of the Proof of Service (ECF No. 16) does not indicate that the Notice to Counsel re Magistrate Judge Direct Assignment Program was served on defendant as required by Local Rule 73-2 (the initiating party must serve this notice and consent form CV11C on each party at the time of service of the summons and complaint or other initial pleading).  Plaintiff shall promptly serve the Notice to Counsel and file a proof of service forthwith.

    IT IS SO ORDERED.

|  |  :  |
|---|---|
| **Initials of Preparer** | ib |