# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br>   Plaintiff,<br><br>      v.<br><br>ABA ENTERPRISES, LLC,<br>   Defendant. | CV 22-2212 DSF (JEMx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take $4,000 in statutory damages, $3,870 in attorney's fees, and costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.  Defendant is further ordered to bring the entryway of The Beach House at 429 Shoreline Village Dr., Long Beach, California into compliance with the Americans with Disabilities Act and the California Unruh Civil Rights Act.

Date: November 16, 2022

_Dale S. Fischer_
Dale S. Fischer
United States District Judge